

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00596-CV

**IN THE MATTER OF T.L.R.**,

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014JUV00182
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

The designation of the record filed by counsel for appellant requested the court reporter to file a transcript of the "complete jury trial." On December 10, 2014, reporter Holly Dietert filed three volumes of reporter's record in this court. Believing that the appellant record was complete upon the filing of the three volumes — the clerk's record having previously been filed — we set a due date of January 9, 2015, for appellant's brief.

On December 17, 2014, appellant filed a motion asking the court to recalculate the due date for the appellant's brief. In the motion, appellant contends the reporter's record is incomplete because the reporter failed to file a portion of the record described in the trial court's docket sheet as follows: "Pretrial conference held — motions ruled on — R[espondent] admonished." According to appellant, on December 16, 2014, his counsel requested from the court reporter a supplement reporter's recording including the omitted pretrial conference.

Based on the foregoing, we **GRANT** appellant's motion. We **ORDER** the court reporter to file the missing portion of the reporter's record in this court on or before January 7, 2015. We further **ORDER** appellant's brief is due thirty days from the date the supplemental reporter's record is filed.

We **order** the clerk of this court to serve a copy of this order on the court reporter and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.



Keith E. Hottle
Clerk of Court